1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

9

SHAYLON STOLK,

10

Plaintiff,

11

vs.

12

BANK OF AMERICA, N.A., EQUIFAX
INFORMATION SERVICES, LLC, a Georgia

13

Limited Liability Company, EXPERIAN
INFORMATION SOLUTIONS, INC., an Ohio

14

Corporation, and TRANS UNION LLC, a
Delaware Limited Liability Company,

15

16

Defendants.

Case No. 3:25-cv-05128-JHC

**STIPULATION AND ORDER TO
EXTEND TIME FOR EXPERIAN TO
ANSWER COMPLAINT**

17

Plaintiff Shaylon Stolk ("Plaintiff") and Defendant Experian Information Solutions, Inc.

18

("Experian"), by and through counsel, hereby stipulate that Experian's deadline to answer the

19

Complaint in the above-referenced action is extended to March 21, 2025.

20

21

Dated: March 11, 2025

22

LAW OFFICE OF SARAELLEN
HUTCHISON, PLLC

23

24

By: */s/ SaraEllen Hutchison*
    SaraEllen Hutchison

25

    1102 A. St. STE 300 PMB 66
    Tacoma, WA 98402

26

    Telephone: 206-529-5195
    Email: saraellen@saraellenhutchison.com

27

28

    *Attorney for Plaintiff Shaylon Stolk*

TROUTMAN PEPPER LOCKE LLP

By: */s/ Thomas N. Abbott*
    Thomas N. Abbott (WSBA No. 53024)
    100 SW Main Street, Suite 1000
    Portland, Oregon 97204
    Telephone: 503.290.2322
    Email: thomas.abbott@troutman.com

*Attorneys For Defendant Experian
Information Solutions, Inc.*

STIPULATION AND ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT - 1
CASE NO. 3:25-CV-05128-JHC

IT IS SO ORDERED.

Dated this 11th of March, 2025.

John H. Chun
United States District Judge

STIPULATION AND ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT - 2
CASE NO. 3:25-CV-05128-JHC