# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SHAYLON STOLK,<br><br>        Plaintiff,<br><br>        v.<br><br>BANK OF AMERICA, N.A., EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation, and TRANS UNION LLC, a Delaware Limited Liability Company,<br><br>        Defendants. | Case No. 3:25-cv-05128-JHC<br><br>ORDER GRANTING DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |

The Court GRANTS Defendant Equifax Information Services LLC's Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. Dkt. # 17. Equifax shall submit its responsive pleading on or before April 11, 2025.

DATED this 11th day of March, 2025.

                                                *John H. Chun*
                                                John H. Chun
                                                United States District Judge

ORDER. - 1
(CASE NO. 3:25-CV-05128-JHC)