UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHAYLON STOLK,

        Plaintiff,

v.

BANK OF AMERICA, N.A., EQUIFAX
INFORMATION SERVICES, LLC, a
Georgia Limited Liability Company,
EXPERIAN INFORMATION
SOLUTIONS, INC., an Ohio Corporation,
and TRANS UNION, LLC, a Delaware
Limited Liability Company,

        Defendants.

Case No. 3:25-cv-05128-JHC

**ORDER GRANTING DEFENDANT BANK OF AMERICA, N.A.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT**

        This matter comes before the Court on Bank of America, N.A.'s Unopposed Motion for an Extension of Time to Respond to Complaint. Dkt. # 22. The Court, having reviewed the motion and being otherwise fully advised, ORDERS: Bank of America, N.A.'s Unopposed Motion for an Extension of Time to Respond to the Complaint is GRANTED. Bank of America, N.A.'s deadline to respond to the Complaint is April 14, 2025.

        DATED: March 13, 2025.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER - 1
2:24-cv-00763-JHC