# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| SHAYLON STOLK,<br><br>               Plaintiff,<br>v.<br><br>BANK OF AMERICA, N.A., EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation, and TRANS UNION LLC, a Delaware Limited Liability Company,<br><br>               Defendants. | NO. 3:25-cv-05128-JHC<br><br>**STIPULATED MOTION FOR MODIFICATION OF BRIEFING DEADLINES & ORDER** |

## I.   STIPULATED MOTION

Pursuant to Local Civil Rule 10(g), Plaintiff SHAYLON STOLK ("Stolk") and Defendant BANK OF AMERICA, N.A. ("BANA"), in light of BANA's re-noting of its Motion to Dismiss (Dkt. 28; Dkt. 29) for June 6, 2025 per Stolk and BANA's agreement for reciprocal extensions of time (Dkt. 22), respectfully request and stipulate to the following briefing schedule:

STIPULATED MOTION FOR
MODIFICATION OF BRIEFING
DEADLINES & ORDER - 3:25-cv-
05128-JHC

1

- Stolk shall file any response to BANA's Motion to Dismiss (Dkt. 28; Dkt. 29) on or before May 30, 2025;

- Any reply by BANA shall be filed on or before June 6, 2025.

This stipulated motion contains 96 words.

IT IS SO STIPULATED this 28<u>th</u> day of April, 2025 at Tacoma, Washington by

S//SaraEllen Hutchison
SaraEllen Hutchison (WSBA #36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
1102 A St. Ste 300 PMB 66
Tacoma, WA 98402
Telephone:    206-529-5195
Facsimile:    253-302-8486
Email: saraellen@saraellenhutchison.com

*Attorney for Plaintiff Shaylon Stolk*

s/Nicholas Hesterberg
Nicholas Hesterberg, WSBA No. 41970
MILLER NASH LLP
605 5th Avenue S, Suite 900
Seattle, WA  98104
Tel:  206.624.8300
Fax:  206.340.9599
Email: nick.hesterberg@millernash.com

*Attorney for Defendant Bank of America, N.A.*

**IT IS SO ORDERED.**

DATED: April 28, 2025.

_____
John H. Chun
United States District Judge

STIPULATED MOTION FOR MODIFICATION OF BRIEFING DEADLINES & ORDER - 3:25-cv-05128-JHC        2