1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

9
10

SHAYLON STOLK,

             Plaintiffs,

    v.

BANK OF AMERICA, N.A., EQUIFAX
INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION
SOLUTIONS, INC., and TRANS UNION
LLC,

             Defendants.

NO.   3:25-cv-05128-JHC

STIPULATED MOTION FOR
RELIEF FROM DEADLINE

NOTE ON MOTION CALENDAR:
May 30, 2025

11
12
13
14
15
16
17
18

### I.     STIPULATED MOTION FOR RELIEF FROM DEADLINE

19
20
21
22
23

      Plaintiff SHAYLON STOLK ("Plaintiff") and Defendants, BANK OF AMERICA, N.A. ("BANA"); EQUIFAX INFORMATION SERVICES, LLC (Equifax); and TRANS UNION LLC ("Trans Union") respectfully request the following modification of the briefing deadlines as to BANA's Motion to Dismiss (Dkt. 28; Dkt. 29):

24
25

- Plaintiff shall file any response to BANA's Motion to Dismiss (Dkt. 28; Dkt. 29) on or before June 6, 2025;

26

- Any reply by BANA shall be filed on or before June 13, 2025.

STIPULATED MOTION FOR
RELIEF FROM DEADLINE
3:25-cv-05128-JHC

1

## II.     AUTHORITY AND ARGUMENT

Fed. R. Civ. P. 6(b) sets forth the requirements for obtaining an extension of time in a civil matter. *See, e.g., Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd P'ship,* 507 U.S. 380, 389 n.4 (1993). Rule 6(b) gives the district court the discretion to extend any specified deadline for "good cause" shown. Fed. R. Civ. P. 6(b)(1). The decision whether to provide such an extension of time rests within the discretion of the district court. Fed. R. Civ. P. 6(b)(1). Rule 6(b)(1)(A) "gives the court wide discretion to grant a request for additional time that is made prior to the expiration of the period originally prescribed or prior to the expiration of the period as extended by a previous order." Wright & Miller, § 1165 Extending Time—In General, 4B Fed. Prac. & Proc. Civ. (4th ed.). Absent bad faith by the movant or prejudice to the adverse party, "an application for extension of time under Rule 6(b)(1)(A) normally will be granted." *Id.*; *see also Rachel v. Troutt*, 820 F.3d 390, 394 (10th Cir. 2016) ("A leading treatise similarly suggests that district courts should normally grant extension requests, made before the deadline, in the absence of bad faith by the requesting party or prejudice to another party.") (quoting Wright & Miller); *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010).

Here, good cause exists to briefly extend the deadlines associated with BANA's Motion to Dismiss (Dkt. 28; Dkt. 29) because Plaintiff recently provided a proposed Amended Complaint to Defendants' respective counsel and requested that they confirm whether Defendants will consent to a Motion for Leave to File an Amended Complaint under Rule 15(a)(2). Plaintiff awaits a response to this request.

If Defendants' consent to Plaintiff's forthcoming Motion for Leave to File an Amended Complaint, then the Amended Complaint will be filed, mooting BANA's Motion to Dismiss (Dkt. 28; Dkt. 29). Plaintiff seeks a brief extension to respond to the BANA's Motion to Dismiss (Dkt. 28; Dkt. 29) to determine whether it will be mooted by the filing of an Amended Complaint with consent of Defendants.

1
2    There is no prejudice to Defendants for the requested extension, as evidenced by their

consent. If one or more Defendants declines to consent to the filing of an Amended Complaint,
3
Plaintiff will file her Motion for Leave to File an Amended Complaint as a contested motion,
4
and, if the Court grants the motion, then BANA's Motion to Dismiss (Dkt. 28; Dkt. 29) will be
5
mooted. If the filing of an Amended Complaint is contested, Plaintiff will file her opposition to
6
BANA's Motion to Dismiss (Dkt. 28; Dkt. 29) and her contested Motion for Leave to File an
7
Amended Complaint on or before June 6, 2025.
8
The requested extension will not impact any other deadlines in the case or cause undue
9
delay.
10
The undersigned counsel certify that the foregoing contains 573 words in compliance
11
with the Local Civil Rules.
12
IT IS SO STIPULATED this 30th day of May, 2025 at Tacoma, Washington by
13
14                                         S//SaraEllen Hutchison
                                           SaraEllen Hutchison (WSBA #36137)
15                                         LAW OFFICE OF SARAELLEN HUTCHISON,
                                           PLLC
16                                         1102 A St Ste 300 PMB 66
                                           Tacoma, WA 98402
17                                         Telephone: (206) 529-5195
                                           Facsimile: (253) 302-8486
18                                         E-mail: saraellen@saraellenhutchison.com
19
                                           S//Drew D. Sarrett
20                                         Drew D. Sarrett (admitted *pro hac vice*)
                                           CONSUMER LITIGATION ASSOCIATES, P.C.
21                                         626 E. Broad Street, Suite 300
                                           Richmond, Virginia 23219
22                                         Phone: (804) 905-9900
                                           Facsimile: (757) 930-3662
23                                         Email: drew@clalegal.com
24
                                           *Attorneys for Plaintiff*
25
                                           S//Nicholas Hesterberg
26
STIPULATED MOTION FOR                              3
RELIEF FROM DEADLINE
3:25-cv-05128-JHC

Nicholas Hesterberg, WSBA No. 41970
MILLER NASH LLP
605 5th Avenue S, Suite 900
Seattle, WA 98104
Tel: 206.624.8300
Fax: 206.340.9599
Email: nick.hesterberg@millernash.com

*Attorney for Defendant Bank of America, N.A.*

S//Andrew R. Escobar
Andrew R. Escobar, WSBA No. 42793
SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
Phone: (206) 946-4910
Email: aescobar@seyfarth.com

*Attorney for Defendant Equifax Information
Services LLC*


S//Ian N. Fuqua
Ian N. Fuqua (admitted *pro hac vice*)
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone: (317) 497-5600
Email: ifuqua@qslwm.com

*Attorneys for Defendant Trans Union LLC*

STIPULATED MOTION FOR
RELIEF FROM DEADLINE
3:25-cv-05128-JHC

4

**ORDER**

IT IS SO ORDERED.

The Court DIRECTS the Clerk to re-note the motion at Dkt. # 28 for June 13, 2025.

Dated this 30th day of May, 2025.


JOHN H. CHUN
United States District Judge