# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| SHAYLON STOLK,<br><br>               Plaintiff,<br><br>  vs.<br><br>BANK OF AMERICA, N.A., EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation, and TRANS UNION LLC, a Delaware Limited Liability Company;<br><br>               Defendants. | CASE NO. 3:25-cv-05128-JHC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

    Plaintiff Shaylon Stolk ("Plaintiff"), by counsel, and Defendant Experian Information Solutions, Inc. ("Experian"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Experian should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

    RESPECTFULLY SUBMITTED AND DATED this 1st day of October, 2025.

S//SaraEllen Hutchison
SaraEllen Hutchison (WSBA #36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
1102 A St. Ste 300 PMB 66
Tacoma, WA 98402
Telephone:   206-529-5195
Email:   saraellen@saraellenhutchison.com

*Counsel for Plaintiff*

S//Thomas N. Abbott
Thomas N. Abbott (WSBA No. 53024)
TROUTMAN PEPPER LOCKE LLP
100 S.W. Main Street, Suite 1000
Portland, OR 97204
Telephone: 503.290.2400
Email: Thomas.Abbott@troutman.com

*Counsel for Defendant Experian Information Solutions, Inc.*

IT IS SO ORDERED.

Dated this 1st day of October, 2025.

_____
John H. Chun
United States District Judge