# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| SHAYLON STOLK,<br><br>            Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA, N.A., EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation, and TRANS UNION LLC, a Delaware Limited Liability Company;<br><br>            Defendants. | CASE NO. 3:25-cv-05128-JHC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC** |

Plaintiff Shaylon Stolk ("Plaintiff"), by counsel, and Defendant Trans Union LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED AND DATED this 6th day of October, 2025.

S//SaraEllen Hutchison
SaraEllen Hutchison (WSBA #36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
1102 A St. Ste 300 PMB 66
Tacoma, WA 98402
Telephone:   206-529-5195
Email:   saraellen@saraellenhutchison.com

*Counsel for Plaintiff*

S//Scott E. Brady
Scott E. Brady, Esq. (Indiana Bar No. 30534-49, Admitted *Pro Hac Vice*)
Quilling, Selander, Lownds, Winslett & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone:  (317) 497-5600, Ext. 602
Fax:  (214) 871-2111
E-Mail: sbrady@qslwm.com

*Counsel for Defendant Trans Union*

IT IS SO ORDERED.

Dated this 6th day of October, 2025.

John H. Chun
United States District Judge