# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| SHAYLON STOLK,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., et al,<br><br>　　　　　　　Defendants. | CASE NO. 3:25-cv-05128-JHC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Shaylon Stolk ("Plaintiff"), by counsel, and Defendants Bank of America, N.A. ("BANA"), and Equifax Information Services LLC ("Equifax") (collectively, "Defendants") by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Defendants should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED AND DATED this 31st day of October, 2025.

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 3:25-cv-05128-JHC

S//SaraEllen Hutchison
SaraEllen Hutchison (WSBA #36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
1102 A St. Ste 300 PMB 66
Tacoma, WA 98402
Telephone:   206-529-5195
Email:   saraellen@saraellenhutchison.com

*Counsel for Plaintiff*

S//Nick Hesterberg
Nick Hesterberg, WSBA No. 41970
605 5th Ave S, Ste 900
Seattle, WA 98104
Tel: (206) 624-8300
Fax: (206) 340-9599
Email: nick.hesterberg@millernash.com

*Counsel for Bank of America, N.A.*

S//Andrew R. Escobar
Andrew R. Escobar, WSBA No. 42793
SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
Phone: (206) 946-4910
Email: aescobar@seyfarth.com

*Counsel for Equifax Information Services LLC*

## ORDER

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party. In the event that settlement is not perfected, any party may move to reopen the case within 60 days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 3:25-cv-05128-JHC

1 | Dated this 31st day of October, 2025.

*John H. Chun*
John H. Chun
United States District Judge

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 3:25-cv-05128-JHC